**THE STATE OF NEW HAMPSHIRE**

**SUPREME COURT**

**In Case No. 2014-0306, <u>Shepherds Hill Homeowners Association, Inc. v. Shepherds Hill Development Co., LLC</u>, the court on April 2, 2015, issued the following order:**

Having considered the briefs and oral arguments of the parties, the court concludes that a formal written opinion is unnecessary in this case.  The defendant, Shepherds Hill Development Co., LLC, appeals an order of the Superior Court (<u>Colburn</u>, J.) granting summary judgment in favor of the plaintiff, Shepherds Hill Homeowners Association, Inc.  The trial court concluded, as a matter of law, that the defendant's February 22, 2013 amendment to the condominium declaration, which created three "Land Only Units" from undeveloped portions of the condominium common area:  (1) did not create "unit[s]" as defined in RSA 356-B:3, XXIX (2009); (2) violated the express wording as well as the spirit of RSA 356-B:23, III (2009), which states that a developer has no more than ten years to convert convertible lands; (3) violated two purposes of the New Hampshire Condominium Act, RSA ch. 356-B (2009) – to protect buyers and establish reasonable expectations among parties; and (4) violated both the plain wording and spirit of the condominium declaration.  On appeal, the defendant argues that the trial court erred by not finding that:  (1) valid and legal land units were created by the amendment; (2) the amendment complied with RSA 356-B:23; and (3) the amendment was consistent with the condominium declaration.  We affirm.

As the appealing party, the defendant has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error.  <u>Id</u>.

<u>Affirmed</u>.

DALIANIS, C.J., and HICKS, CONBOY, LYNN, and BASSETT, JJ., concurred.

**Eileen Fox,
Clerk**